MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

BENJAMIN TOLKOFF (NYBN 4294443)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Benjamin.Tolkoff@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-538 YGR |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | MATTER AND EXCLUDE TIME UNDER THE |
| v. ) | SPEEDY TRIAL ACT |
| ) | |
| TONI HUYNH, ) | |
| ) | |
| Defendant. ) | |

    The parties hereby request that the captioned matter, currently scheduled for status on October 9, 2014, be continued until October 31, 2014, for change of plea.

    Since the last appearance, the parties have conducted an evidence review and discussed resolution of the case. However, additional work, including presentation of mitigating evidence, needs to be done to resolve this matter short of trial. In addition, government counsel, who has been in trial for the past several months, will be unavailable on October 9, 2014, and defense counsel will be out of the office during the week of October 20, 2014. Therefore the parties request that this matter be continued until October 31, 2014, and ask that the time between October 9, 2014 and October 31, 2014, be excluded from the running of the speedy trial clock for effective preparation of counsel and continuity of

STIP. & [~~PROP.~~] ORD. TO CONT. & EXCL. TIME
CR 13-538 YGR

1  counsel.  18 U.S.C. §§ 3161(h)(7)(A) and 3161(B)(iv).

2  SO STIPULATED.
3
4  Date: October 2, 2014.

                     MELINDA HAAG
5                      United States Attorney

6                      /s/
7                      BENJAMIN TOLKOFF
                     Assistant United States Attorney
8  Date: October 2, 2014.

9                      /s/
                     JEROME MATTHEWS
10                     Assistant Federal Public Defender

11

12       For the reasons stated, the captioned matter is hereby continued until Friday, October 31, 2014 at

13  9:00AM.  The time between October 9, 2014 and October 31, 2014 shall be excluded under the Speedy

14  Trial Act, as failure to exclude time would deny the defendant and the government effective preparation

15  of counsel and continuity of counsel.  18 U.S.C. §§ 3161(h)(7)(A) and 3161(B)(iv).

16  SO ORDERED.

17
18  Date: October  1, 2014.

                     _____
19                      HONORABLE YVONNE GONZALEZ-ROGERS
                     United States District Court Judge

20

21

22

23

24

25

26

27

28

STIP. & [PROP.] ORD. TO CONT. & EXCL. TIME
CR 13-538 YGR