1  STEVEN G. KALAR
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

Counsel for Defendant TONI HUYNH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-13 00538 YGR |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING SENTENCING HEARING |
| vs. | ) | TO MARCH 25, 2015 |
| | ) | |
| TONI HUYNH, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     Toni Huynh is out of custody, residing in Fremont, California, and fully compliant with his release conditions. This matter is set for sentencing on 26 February 2015. Mr Huynh learned recently that his daughter must undergo brain surgery, and surgery is now scheduled to take place on 26 February 2015. Mr Huynh would like to be with his daughter prior to and following surgery, and to assist in her convalescence. For these reasons,

     IT IS STIPULATED AND AGREED that the sentencing hearing in this matter be continued to Wednesday, 25 March 2015 at 3:00 p.m. The probation officer has confirmed that he will be available on this date.

Date: 18 Feburary 2015                          /s/
                                                BENJAMIN TOLKOFF
                                                Assistant United States Attorney

Date: 18 February 2015                          /s/
                                                JEROME E. MATTHEWS
                                                Assistant Federal Public Defender

Good cause appearing therefor, IT IS ORDERED that the sentencing hearing in this matter be continued to Wednesday, 25 March 2015 at 3:00 p.m.

Dated: February 24, 2015                        _____
                                                YVONNE GONZALEZ ROGERS
                                                United States District Court Judge

2